UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                Case No. 06-20331
                                                              Hon. Denise Page Hood

D-1        ANNE LOCKWOOD,

D-2        FUPING LIU, and

D-3        MICHAEL HAEHNEL,

    Defendants.
_____/

At a session of said Court, held
On   November 18   , 2008

Present: Hon. Denise Page Hood
U.S. District Judge

**ORDER EXTENDING TIME TO FILE OBJECTIONS IN REGARD TO THE
PRESENTENCE REPORT FOR DEFENDANT FUPING LIU**

This matter having come before the Court in accordance with the parties' above stipulation, and the Court being otherwise fully advised in the premises;

NOW THEREFORE IT IS HEREBY ORDERED that the time for filing Defendant Fuping Liu's objections to the United States Probation Department's Pre-Trial Sentence Report concerning him shall be extended from November 20th to December 1, 2008.

SO ORDERED.

                                                s/Denise Page Hood
                                                Denise Page Hood
                                                United States District Judge

Dated: November 18, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 18, 2008, by electronic and/or ordinary mail.

                                                s/Lisa M.Ware for William F. Lewis
                                                Case Manager